No. 92–7794. PASCH *v.* ILLINOIS. Sup. Ct. Ill. [Certiorari granted, 508 U. S. 959.] The Court is advised that the petitioner

died in Pontiac, Ill., on September 10, 1993. The Court's order granting the petition for writ of certiorari therefore is vacated, and the petition for writ of certiorari is dismissed.